patricia peden <ppedenlaw@gmail.com>

## Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Fri, Jan 2, 2026 at 10:30 AM
Reply-To: ecfhelpdesk@cand.uscourts.gov
To: ppedenlaw@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

   Account Number: 5221220
   Court: CALIFORNIA NORTHERN DISTRICT COURT
   Amount: $405.00
   Tracking Id: ACANDC-21501107
   Approval Code: 01779D
   Card Number: ************9591
   Date/Time: 01/02/2026 01:30:59 ET

NOTE: This is an automated message. Please do not reply