Gmail                                                                                      patricia peden <ppedenlaw@gmail.com>

**Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT**
1 message

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>                               Fri, Jan 2, 2026 at 10:30 AM
Reply-To: ecfhelpdesk@cand.uscourts.gov
To: ppedenlaw@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

  Account Number: 5221220
  Court: CALIFORNIA NORTHERN DISTRICT COURT
  Amount: $405.00
  Tracking Id: ACANDC-21501107
  Approval Code: 01779D
  Card Number: ************9591
  Date/Time: 01/02/2026 01:30:59 ET

NOTE: This is an automated message. Please do not reply

**DENIED**
*By Ana Banares at 7:02 pm, Jan 26, 2026*

**\*\* Please complete an Application for Refund form found in the court website under Rules, Forms & Fees > Forms > Application - Refund (pay.gov)**