LAW OFFICES
OF
MᴄNᴇɪʟ, Sɪʟᴠᴇɪʀᴀ, Rɪᴄᴇ & Wɪʟᴇʏ
AN ASSOCIATION INCLUDING PROFESSIONAL CORPORATIONS
55 PROFESSIONAL CENTER PARKWAY, SUITE A
SAN RAFAEL, CALIFORNIA 94903
T-(415) 472-3434  F-(415) 472-1298
WWW.MSRWLAW.COM

PATRICK J. MᴄNEIL
A PROFESSIONAL CORPORATION

MARK J. RICE
A PROFESSIONAL CORPORATION

NEIL W. WILEY

RONALD A. SILVEIRA
1948-2000

June 4, 2026

Hon. Laurel Beeler
United States Magistrate Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:    *Timothy and Patricia Peden v. Mark Whitney dba Whitney Homes*
              *United States District Court, Northern District of California, Case No.* 3:26-cv-00013-LB
              ADR ENE/Mediator Selection

Dear Judge Beeler,

Issue Presented:

The Parties submit this joint letter brief asking the Court to withdraw its appointment of Mr. Hyland as ENE Evaluator. *See* Dkt. No. 35. The parties seek reassignment to a neutral with construction law expertise.

Plaintiffs' Position:

During the Case Management Conference, the Court and the parties conferred regarding the selection of a neutral specialized in construction law. Mr. Hyland appears to focus on employment law. The Early Neutral Evaluation (ENE) website identifies several neutrals with the requisite construction expertise: Martin Fineman, Val Hornstein, Christopher Johns, Louis A. Leone, and Jane Pandell. Defense counsel has noted a conflict of interest regarding Ms. Pandell.

Counsel for the Defendant has stated a preference for Mr. Johns, and Plaintiffs have agreed to allow the defendant to select the neutral. Accordingly, Plaintiffs request that the Court accommodate the Defendant's preference if the selection process allows. Should the court-mandated process preclude the court from specifically appointing Mr. Johns, Plaintiffs respectfully request that the matter be reassigned to another neutral with demonstrated expertise in construction law.

Defendants' Position:

Ms. Peden and I had agreed upon Christopher Johns off of the Court's ENE list and before able to send that selection off, saw the Court selected John Hyland. Due to Mr. Johns greater construction law experience we would ask that the Court assign the ENE to Mr. Johns. Also, at the Status Conference, the Court indicated that the selection would be both ENE and Mediator, and Defendant requests that designation in the Order. Thank you.

LAW OFFICES OF
## McNeil, Silveira, Rice & Wiley

Very truly yours,

/s/ *Mark J. Rice*
MARK J. RICE

*Patricia L. Peden*
/s/ *Patricia L. Peden*
PATRICIA L. PEDEN

2